**KANTROWITZ, GOLDHAMER & GRAIFMAN**
Gary S. Graifman (GSG 2276)
210 Summit Avenue
Montvale, New Jersey 07645
(201) 391-7000

*Counsel for Plaintiffs*
[Additional Counsel on Signature Page]

RECEIVED
AUG 29 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL J. SACKRISON, Derivatively on Behalf of Nominal Defendant EMCORE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD W. BRODIE, et al., <br><br> Defendants, <br><br> and <br><br> EMCORE CORPORATION, <br><br> Nominal Defendant. | Document Filed Electronically <br><br> Civil Action No. 07-CV-03186-JAP-TJB |

RECEIVED
SEP - 4 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## [PROPOSED] STIPULATION AND ORDER

WHEREAS, plaintiff has filed a motion for remand returnable on September 4, 2007;

WHEREAS, the plaintiff seeks some additional time for the filing of their papers in regard thereto; and

WHEREAS, the parties have agreed to adjourn the motion return date to September 18, 2007

and hereby agree upon dates for the filing and/or service of plaintiff's reply papers;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiff and defendants, as follows:

1. Plaintiff's counsel shall serve their reply to papers on September 11, 2007. Service shall be made upon defendants' counsel on that date by facsimile transmission or email.

2. Said motion's return date shall be adjourned to September 18, 2007.

Dated: August 24, 2007

By _____
Gary S. Graifman, Esq.

**KANTROWITZ, GOLDHAMER & GRAIFMAN**
210 Summit Avenue
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 391-7000

Howard T. Longman, Esq.
**STULL, STULL & BRODY**
6 East 45th Street, Suite 500
Plaza, 44th Floor
New York, New York

Gary E. Mason, Esq.
**THE MASON LAW FIRM**
1225 19th St. NW, Suite 600
Washington, D.C. 20036

*Attorneys for Plaintiff*

Dated: August __, 2007

By _____  8-27-07
A. Richard Ross, Esq.

**CARELLA, BYRNE, BAIN, GILFILLAN CECCHI, STEWART & OLSTEIN, P.C.**
5 Becker Farm Road
Roseland, NJ 07078-1739
Tel: (973) 997-1700
Fax: (973) 984-1744
*Counsel for Emcore Corp., Nominal Defendant*

SO ORDERED:

_____
Honorable John J. Hughes, U.S.M.J.